IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00321-CV

 

Charlsie Northcutt Morrison,

                                                                      Appellant

 v.

 

James Robinson 

and Charles Owen Robinson,

                                                                      Appellees

 

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court No. 04-12-17,123-CV

 



ORDER



 

      Appellee’s motion for rehearing
is denied.  Our opinion and judgment dated May 24, 2006, are withdrawn, and the
opinion and judgment dated August 30, 2006, are substituted therefor.

PER CURIAM

 

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Order
issued and filed August 30, 2006

Do
not publish